[No. 17955-9-III.  Division Three.  August 15, 2000.]

JAMES N. KADMIRI, *Appellant*, v. DARLENE L. CLAASSEN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-2-00542-2, Kathleen M. O'Connor, J., entered September 4, 1998. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Kato, JJ. Now published at 103 Wn. App. 146.

[No. 18422-6-III.  Division Three.  August 15, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY P. CAPPS, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 98-1-00404-2, Donald W. Schacht, J., entered April 26, 1999. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Schultheis and Kato, JJ.

[No. 17778-5-III.  Division Three.  August 15, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW MICHAEL LINT, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 98-1-00352-2, Carolyn A. Brown, J., entered August 19, 1998. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.

[No. 18361-1-III.  Division Three.  August 15, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN ANDREW THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 99-1-50013-9, Craig J. Matheson, J., entered March 30, 1999. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Kato, JJ.